NO. 07-03-0427-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 3, 2003

_____

MARTIN ALCOZER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A15084-0308; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant, Martin Alcozer, was convicted of the offense of Escape in the 64th District Court of Hale County, and thereafter gave notice of appeal.

The clerk of this court received, and on November 26, 2003, filed a motion to dismiss which represents that appellant desires to withdraw the notice of appeal. The

motion to dismiss is signed by appellant and counsel of record for appellant.  No decision of this Court having been rendered prior to the receipt of appellant's motion, the motion to dismiss is hereby granted.  TEX. R. APP. P. 42.2(a).

Accordingly, the appeal is dismissed.  Having dismissed the appeal at the personal request of appellant and his attorney, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Chief Justice

Do not publish.